| | | |
|---|---|---|
| STATE OF SOUTH DAKOTA ) | | IN CIRCUIT COURT |
| : SS | | |
| COUNTY OF MINNEHAHA ) | | SECOND JUDICIAL CIRCUIT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SANFORD MEDICAL CENTER, f/k/a SIOUX VALLEY HOSPITAL, | \* | CIV. 07 |
| Plaintiff, | \* | |
| vs. | \* | COMPLAINT |
| COVENTRY HEALTH CARE OF IOWA, INC., | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff Sanford Medical Center f/k/a Sioux Valley Hospital ("Sanford") states as its Complaint against Defendant Coventry Health Care of Iowa, Inc. ("the Plan"), the following:

1. Sanford is a South Dakota corporation with its principal place of business in Minnehaha County, South Dakota.

2. The patient, L.H., who has health insurance coverage under the Plan and is a participant in the Plan, resides in South Dakota.

3. L.H.'s employer, through which L.H. became a participant in the Plan, has its place of business in South Dakota.

4. The Plan is an entity under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132(d)(1).

5. This Court has jurisdiction over this case under 29 U.S.C. § 1132(e)(1).

6. Sanford has standing to bring this civil action as a beneficiary under the terms of the Plan and due to an assignment from L.H. in favor of Sanford.

7. Sanford provided medical treatment to L.H. on various dates from 2004 through 2006 when L.H. was a participant in the Plan.

EXHIBIT B

8. The Plan has paid Sanford for some of the medical bills related to medical services provided to L.H., but the Plan has refused to pay $131,772.93 of the medical bills.

9. Below is a table setting forth the Sanford account number, the date of service for the medical services, the total medical bill, the amount the Plan has paid, the amount that remains unpaid, and the percentage the Plan has paid:

| Acct # | Date of Service | Total Bill | Amount Paid | Amount Unpaid | %Paid |
|---|---|---|---|---|---|
| ****764 | 1/5/2005 | $ 10,710.12 | $ 6,961.58 | $ 3,748.54 | 65% |
| ****496 | 1/25/2005 | $ 40,067.65 | $ 23,276.79 | $ 16,790.86 | 58% |
| ****304 | 4/15/2005 | $ 24,379.54 | $ 15,844.48 | $ 8,535.06 | 65% |
| ****369 | 4/24/2005 | $ 13,725.19 | $ 8,919.89 | $ 4,805.30 | 65% |
| ****187 | 6/9/2005 | $ 2,195.00 | $ 1,426.75 | $ 768.25 | 65% |
| ****810 | 9/29/2005 | $ 480.54 | $ - | $ 480.54 | 0% |
| ****238 | 10/5/2005 | $ 1,692.45 | $ 1,100.10 | $ 592.35 | 65% |
| ****518 | 4/10/2006 | $ 42,407.73 | $ 22,753.66 | $ 19,654.07 | 54% |
| ****336 | 6/12/2006 | $ 47,690.42 | $ 30,997.66 | $ 16,692.76 | 65% |
| ****183 | 6/28/2006 | $ 42,458.16 | $ 27,595.58 | $ 14,862.58 | 65% |
| ****750 | 7/11/2006 | $ 30,426.43 | $ 19,775.70 | $ 10,650.73 | 65% |
| ****338 | 12/16/2006 | $ 88,772.01 | $ 54,580.12 | $ 34,191.89 | 61% |

10. The Plan has refused to pay $131,772.93 of the medical bills for two reasons: (1) the Plan's assertion that the charges exceed usual, reasonable, and customary rates; and (2) the Plan has unilaterally determined to pay no more than 65% of the billed charges.

11. The Plan's basis for denying payment is unreasonable, arbitrary, capricious, an abuse of discretion, and otherwise not supported by Plan provisions or the law.

12. The Plan's refusal to pay the $131,772.93 is not allowed under the Plan terms or the law and its refusal to pay is a breach of the Plan terms and a violation of the law.

13. Sanford is entitled to recover benefits from the Plan in the amount of $131,772.93.

14. The Plan has possession of $131,772.93 to which Sanford is rightfully and lawfully entitled, and the Plan's refusal to tender those proceeds to Sanford constitutes conversion.

15. Sanford has an equitable lien in and equitable right to the amount of $131,772.93 that the Plan controls or possesses.

16. Sanford is entitled to attorney's fees under ERISA, 29 U.S.C. § 1132(g).

WHEREFORE, Sanford prays for the following relief:

A. For a judgment against the Plan in the amount of $131,772.93;

B. For prejudgment interest at the rate of 10% running from 30 days from the date of each medical service to the date of judgment;

C. For reasonable attorney's fees;

D. For costs, disbursements, and expenses; and

E. For other legal and equitable relief that the Court finds just.

Dated at Sioux Falls, South Dakota, this 23rd day of August, 2007.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

*[signature]*

Mitchell Peterson
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

To the extent authorized by law, Sanford hereby demands a trial by jury on all issues of fact.

_____
Mitchell Peterson