UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| SANFORD MEDICAL CENTER, f/k/a SIOUX VALLEY HOSPITAL, <br><br> Plaintiff, <br><br> vs. <br><br> COVENTRY HEALTH CARE OF IOWA, INC., <br><br> Defendant. | No. 07-4141 <br><br> **STIPULATION OF DISMISSAL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Under FED. R. CIV. PRO. 41(a)(1)(A)(ii), Plaintiff Sanford Medical Center, f/k/a Sioux Valley Hospital, by and through its counsel of record, Mitchell Peterson of Davenport, Evans, Hurwitz & Smith, L.L.P., and Defendant Coventry Health Care of Iowa, Inc., by and through its counsel of record, Tim R. Shattuck of Woods, Fuller, Shultz & Smith, P.C., and Michael W. Thrall of Nyemaster, Goode, West, Hansell & O'Brien, P.C., stipulate that the above-captioned civil action should be dismissed without prejudice and without costs awarded to either party.

Dated at Sioux Falls, South Dakota, this 8th day of July, 2008.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

_____
Mitchell Peterson
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
Email: map@dehs.com
*Attorneys for Plaintiff*

Dated at Sioux Falls, South Dakota, this 9th day of July, 2008.

                                              WOODS, FULLER, SHULTZ & SMITH, P.C.

                                              Tim R. Shattuck
                                              300 South Phillips Avenue, Suite 300
                                              Post Office Box 5027
                                              Sioux Falls, SD  57117-5027
                                              Tim.Shattuck@woodsfuller.com

                                              Michael W. Thrall
                                              Nyemaster, Goode, West, Hansel & O'Brien
                                              700 Walnut Street, Suite 1600
                                              Des Moines, IA  50309-3899
                                              mwt@nyemaster.com
                                              *Attorneys for Defendant*